**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** QVL Pharmacy Holdings, Inc.    **Case/AP Number** 15-14983 **-FJB**
**Chapter** 11

Confirmation Hearing:
#191 Amended Chapter 11 Plan. Modified Third Amended Plan of Reorganization Dated January 27, 2017  filed by Debtor QVL Pharmacy Holdings, Inc.
#193 Affidavit of Jacen Dinoff, Debtor's Chief Restructuring Officer, in Support of Confirmation of the Debtor's Modified Third Amended Plan of Reorganization Dated January 27, 2017.
#194 Brief/Memorandum of Debtor In Support of Confirmation of Debtor's Modified Third

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved    _____Moot

_____Denied     _____Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Confirmation hearing held.  The sole objection to confirmation has been resolved by a settlement agreement incorporated into the Debtor's chapter 11 plan.  For the reasons stated on the record and the Court having found that the requirements of 11 U.S.C. § 1129 have been satisfied, the Court hereby approves the Debtor's chapter 11 plan and the settlement agreement incorporated therein.  The Debtor shall submit a proposed confirmation order to the Court by the close of business on February 16, 2017.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 02/14/2017
Frank J. Bailey
United States Bankruptcy Judge